NEWMAN, Circuit Judge,
dissenting.
Our Nation’s patent system is a foundational aspect of our republic. As the complexity of government progressed, the Administrative Procedure Act (APA) took its place at the core of how the Nation operates. In attuning these aspects to the complexities of patent law, the America Invents Act removed from the standard path of APA review those issues relating to the America Invents Act. Thus by statute all judicial review is consolidated in the Federal Circuit. As such, the district court correctly dismissed this appeal for absence of jurisdiction.
Because the district court did not have jurisdiction, it appropriately dismissed the case on that ground. Absence of jurisdiction does not render a case “moot”, as the panel majority posits, for there is nothing to moot. Our necessary role is to decide the question of jurisdiction, for that is what was appealed.
The district court’s ruling was in accordance with the statute, and should be affirmed. To the extent that the panel majority has reached some other conclusion, I respectfully dissent.